UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID DUTTON,<br><br>    Plaintiff,<br><br>v.<br><br>ZACHARY WILLIAMS, et al.,<br><br>    Defendants. | Case No. 3:24-cv-01006<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Due to a conflict with the Court's schedule, the initial case management conference is RESET for November 6, 2024 at 10:30 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge